IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TANYA L. CROCKER**                                                      **PLAINTIFF**

VS.                                          CAUSE NO. 3:20cv129-NBB-RP

**SAYLE OIL COMPANY, INC.**                                  **DEFENDANT**

**JURY TRIAL DEMANDED**

## COMPLAINT

This is an action to recover actual and punitive damages for discrimination based upon sex (female). The following facts support the action.

1.

Plaintiff TANYA L. CROCKER is an adult resident citizen 3241 McNulty Road, Oakland, Mississippi 38948.

2.

Defendant SAYLE OIL COMPANY, INC. is a Mississippi corporation. Defendant may be served with process through its registered agent, Jay Gore, III, 135 First Street, Grenada, Mississippi 38902. Defendant is an employer within the meaning of the Title VII of the Civil Rights Act of 1964.

3.

This Court has federal question jurisdiction under 28 U.S.C. § 1331, and civil rights jurisdiction under 28 U.S.C. § 1343, for a cause of action arising under the Title VII of The Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991.

00346342.WPD

4.

Plaintiff was a long-term employee for Defendant, and received several promotions and merit pay increases. Plaintiff always aspired to be a manager of the Propane Division in Charleston, Mississippi, because she regarded this as a highly responsible and important position. She had done everything to earn a place as the manager.

5.

On approximately April 1, 2019, Plaintiff obtained her dream job of being the manager over the Propane Division. After Plaintiff had worked in the position for approximately three (3) months, a new district manager, Chuck Clement, became Plaintiff's supervisor.

6.

Clement made statements that Plaintiff's division was not making money. Plaintiff's only response was that the profitability of her division was affected by the fact that executives of the company continuously took inventory from the company, and that executives of the company would allow their friends to make purchases at cost. Plaintiff does not know how her performance compared with other division managers, but knows that she was industriously performing her job, and that, except for the comments that Plaintiff's division was not "making money," Plaintiff received nothing but praise for her performance, as she had always received during her lengthy tenure with Defendant.

7.

Shortly before Plaintiff's termination, Kevin Sayle, whom Clement had replaced as District Manager, began to make statements that the company was going to hire a male for Plaintiff's position. When Sayle made such statements, Sayle would ask Clement whether this was correct, and

Clement would say that it was. Thus, both Clement and Sayle indicated that Plaintiff was going to be replaced by a male.

8.

Consistent with the statements indicating a preference for a male, Defendant transferred Dustin Boykin, a young male, into Plaintiff's position and moved Plaintiff back to a position as a CSR. Plaintiff attempted to work as a CSR, but was distressed about the demotion, and obtained promise of other employment from a competitor. Because of her distress at being replaced because she was female and her long-time desire for the manager's position, Plaintiff quit her employment. Unfortunately, the competitor company which indicated Plaintiff would be hired did not hire her, and Plaintiff was left without employment. Plaintiff did not obtain another position until February 2020.

9.

Plaintiff has filed an EEOC charge, attached hereto as Exhibit "A," and received the right to sue letter, attached hereto as Exhibit "B."

10.

Plaintiff, therefore, sues and requests actual and punitive damages for discrimination based upon gender.

11.

Plaintiff has suffered lost income and mental anxiety and stress as a result of Defendant's actions.

**REQUEST FOR RELIEF**

Plaintiff requests actual and punitive damages against Defendant, reinstatement, and reasonable attorneys' fees and costs.

RESPECTFULLY SUBMITTED, this the 6th day of May, 2020.

                                        TANYA L. CROCKER, Plaintiff

By:   */s/ Jim Waide*
        Jim Waide, MS Bar No. 6857
        waide@waidelaw.com
        WAIDE & ASSOCIATES, P.A.
        332 North Spring Street
        Tupelo, MS  38804-3955
        Post Office Box 1357
        Tupelo, MS  38802-1357
        (662) 842-7324 / Telephone
        (662) 842-8056 / Facsimile

        ATTORNEY FOR PLAINTIFF

STATE OF MISSISSIPPI

COUNTY OF Tallahatchie

PERSONALLY came and appeared before me, the undersigned authority in and for the aforesaid jurisdiction, the within named **TANYA L. CROCKER**, who, after being first duly sworn, states under oath that the facts contained in the above and foregoing **COMPLAINT** are true and correct as stated therein.

_Tanya L. Crocker_
TANYA L. CROCKER

GIVEN under my hand and official seal of office on this the 21 day of April, 2020.

(SEAL)

_Carolyn L. Livingston_
NOTARY PUBLIC

My Commission Expires: June 3, 2022

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 124230 CAROLYN L. LIVINGSTON Commission Expires June 3, 2022 TALLAHATCHIE COUNTY]